Erin Ashwell (CA Bar # 246250)
WOODS ROGERS PLC
P. O. Box 14125
Roanoke, VA 24038-4125
T: (540) 983-7738
F: (540) 983-7711
eashwell@woodsrogers.comt

Attorneys for Defendant MARTIANCRAFT, LLC


Paul B. Justi (SBN124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
Phone: (925) 256-7900
Fax: (925) 256-9204
pbjusti@comcast.net

Attorneys for Plaintiff STEPHEN ZARRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ZARRA;            )<br>                           )<br>  Plaintiff               )<br>                           )<br>   v.                      )<br>MARTIANCRAFT, LLC a Virginia )<br>limited liability company; and DOES )<br>1-25, inclusive,           )<br>                           )<br>  Defendant               )<br>_____) | CASE NO. 3:16-cv-04194-JCS<br><br>STIPULATION REGARDING<br>CONTINUANCE OF CASE<br>MANAGEMENT CONFERENCE |

STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Plaintiff Stephen Zarra and Defendant Martiancraft, LLC ("Martiancraft") by and through counsel, hereby stipulate to the following:

1. The Initial Case Management Conference is currently set for Monday, November 7, 2016, at 2:00 p.m., at the United States District Court for the Northern District of California, Oakland, before Judge Yvonne Gonzalez Rogers.

2. The undersigned counsel for Martiancraft is licensed in California, but currently resides and practices in Roanoke, Virginia. Her husband, also an attorney, is currently out of town at a trial. The trial was set to conclude over a week ago, but it is still ongoing and will continue at least through Monday, November 7. During this time, Martiancraft's counsel is the sole caretaker for her two young children.

3. For this unforeseen reason, Martiancraft's counsel is unable to appear in person on Monday, November 7. Although she is able to appear by phone, she has learned that the Court encourages in person attendance at this conference. Therefore, Martiancraft's counsel respectfully requests a continuance of the conference for one week, until November 14, 2016, so she may appear in person. Plaintiff has agreed to this continuance.

4. This extension is for good cause, and not for improper purposes or undue delay.

                IT IS SO ORDERED:

                _____
                Honorable Yvonne Gonzalez Rogers,
                United States District Judge for the Northern District of California

SO STIPULATED:
Dated: November 4, 2016

WOODS ROGERS PLC

By  /s/ Erin Ashwell
   Erin Ashwell
Attorneys for Defendant Martiancraft, LLC

LAW OFFICES OF PAUL B. JUSTI

By  /s/ Paul B. Justi
   Paul B. Justi
Attorneys for Plaintiff STEPHEN ZARRA

PROOF OF SERVICE

On this 4th day of November, 2016, I caused the foregoing Stipulation Regarding Continuance of Case Management Conference to be filed with the Court's CM/ECF system, which will send a Notice of Electronic Filing to counsel of record in this matter

/s/ Erin B. Ashwell

Erin B. Ashwell