UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN ZARRA,

    Plaintiff,

    v.

MARTIANCRAFT, LLC,

    Defendant.

Case No. 16-cv-04194-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| TRIAL PLAN FILED | December 2, 2016 |
| COMPLIANCE HEARING | Friday, December 9, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 16, 2017 |
| PRETRIAL CONFERENCE: | Monday, January 23, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 17, 2017 at 9:00 a.m. for 1 days (further trial dates on Fridays) (Bench Trial) |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 29, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge