Paul B. Justi (SBN 124272)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
T. 925.256.7900
F.: 925.256.9204
pbjusti@comcast.net

Attorney for Plaintiff
STEPHEN ZARRA

Erin Ashwell (SBN 246250)
WOODS ROGERS PLC
P.O. Box 14125
Roanoke, VA 24038-4125
Phone: (540) 983-7738
Fax: (540) 983-7711
eashwell@woodsrogers.com

Attorney for Defendant
MARTIANCRAFT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ZARRA,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>MARTIANCRAFT, LLC,<br>Does 1-25,<br><br>　　　　Defendant. | Case Number: C 4:16-cv-04194-YGR<br><br>**CONSENT FOR DISMISSAL & PROPOSED ORDER** |

Plaintiff Stephen Zarra and defendant MartianCraft, by counsel, hereby notify the Court that they have resolved the issues in this matter. The parties stipulate and request that this action be dismissed **WITH PREJUDICE** with each party to bear his/its own costs and fees.

IT IS SO STIPULATED.

Dated: March 14, 2017         /s/ Paul B. Justi
                              _____
                              Counsel for plaintiff

Dated: March 14, 2017         /s/ Erin Ashwell
                              _____
                              Counsel for defendant

## CERTIFICATION

I, Paul B. Justi, hereby certify that the signatory whose signature appears on the attached document appears has authorized me to sign such document on his/her behalf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

Executed on March 14, 2017 at Walnut Creek, CA.

                              ___/s/ Paul B. Justi_____
                              Paul B. Justi

ORDER OF DISMISSAL

In light of the stipulation of the parties, this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Lori Owens, certify that a true and correct copy of the above pleading(s) was/were served by electronic notice to all parties requesting such service under ECF system and was mailed by first class mail; postage prepaid, to Erin Ashwell, Wood Rogers PLC, P.O. Box 14125. Roanoke, VA 24038.

Dated: March 14, 2017

/s/ Lori Owens
Lori Owens