Paul B. Justi (SBN 124272)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
T. 925.256.7900
F.: 925.256.9204
pbjusti@comcast.net

Attorney for Plaintiff
STEPHEN ZARRA

Erin Ashwell (SBN 246250)
WOODS ROGERS PLC
P.O. Box 14125
Roanoke, VA 24038-4125
Phone: (540) 983-7738
Fax: (540) 983-7711
eashwell@woodsrogers.com

Attorney for Defendant
MARTIANCRAFT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ZARRA,<br><br>  Plaintiff(s),<br><br>vs.<br><br>MARTIANCRAFT, LLC,<br>Does 1-25,<br><br>  Defendant. | Case Number: C 4:16-cv-04194-YGR<br><br>ORDER GRANTING<br>CONSENT FOR DISMISSAL & ~~PROPOSED ORDER~~ |

Plaintiff Stephen Zarra and defendant MartianCraft, by counsel, hereby notify the Court that they have resolved the issues in this matter. The parties stipulate and request that this action be dismissed **WITH PREJUDICE** with each party to bear his/its own costs and fees.

ORDER~~CONSENT~~ REQUEST FOR DISMISSAL WITH PREJUDICE - 1

{#2166258-1, 115616-00002-05}

IT IS SO STIPULATED.

Dated: March 14, 2017						/s/ Paul B. Justi
								―――――――――――――――――
								Counsel for plaintiff


Dated: March 14, 2017						/s/ Erin Ashwell
								―――――――――――――――――
								Counsel for defendant


## CERTIFICATION

I, Paul B. Justi, hereby certify that the signatory whose signature appears on the attached document appears has authorized me to sign such document on his/her behalf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

Executed on March 14, 2017 at Walnut Creek, CA.


								  /s/ Paul B. Justi
								―――――――――――――――――
								     Paul B. Justi

ORDER OF DISMISSAL

In light of the stipulation of the parties, this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

IT IS SO ORDERED.

Dated: March 17, 2017

*[signature]*
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE